**SEALED**

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 JAN 19 PM 5:02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:22CR14 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| JASON CHARLES FINK, | 18 U.S.C. § 875(c) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 26th day of May, 2021, in the District of Nebraska and elsewhere, the defendant, JASON CHARLES FINK, knowingly and willfully did transmit in interstate commerce from the State of Nebraska to the State of Iowa, a communication, to wit: a cellular telephone call to Community State Bank, and the communication contained a threat to injure others, specifically that he was going to shoot Community State Bank employees.

In violation of Title 18, United States Code, Section 875(c).

## COUNT II

On or about the 27th day of May, 2021, in the District of Nebraska and elsewhere, the defendant, JASON CHARLES FINK, knowingly and willfully did transmit in interstate commerce from the State of Nebraska to the State of Iowa, a communication, to wit: a cellular telephone call to the Denison, Iowa, National Guard Armory, and the communication contained a threat to injure others, specifically that he was going to kill a member of the Denison, Iowa, National Guard Armory.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DONALD J. KLEINE, #22669
Assistant U.S. Attorney